1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| AMBER RODRIGUEZ, | ) No. 5:19-cv-01156-RSWL-PLA |
|---|---|
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| ANDREW SAUL, | ) **AND COSTS, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 1920** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND

1

DOLLARS AND 00/CENTS ($6,000.00), as authorized by 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS AND 00/CENTS (400.00), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

IT IS SO RECOMMENDED:

DATED:  April 14, 2020                                  _____
                                                              Hon. Paul L. Abrams
                                                              United States Magistrate Judge

IT IS SO ORDERED:

DATED: April 15, 2020                                   s/ RONALD S.W. LEW
                                                              Hon. Ronald S.W. Lew
                                                              Senior United States District Judge